IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, | ) ) ) | CIVIL ACTION NO. 17-1654 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGE MARILYN J. HORAN** |
| WHEELING HOSPITAL INC., R&V ASSOCIATES, LTD., and RONALD L. VIOLI, | ) ) ) ) | |
| | ) | Electronic Filing |
| Defendants. | ) | |

## UNITED STATES' MOTION TO RESET DEADLINE

The United States of America, through undersigned counsel, respectfully moves the Court to reset deadlines affected by the recent lapse in appropriations, and in support thereof, states as follows:

1. On December 20, 2018, the Court ordered the United States to file and serve its complaint in intervention on or before February 18, 2019 (*i.e.*, within sixty days of the Court's December 21st Order).

2. On December 26, 2018, Chief Judge Mark R. Hornak issued a Miscellaneous Order holding all civil cases in which the United States or an agency or officer thereof is a party, including this matter, in abeyance due to the lapse in Congressional appropriations (the "Stay Order"). *See* Exhibit A.

3. On January 28, 2019, Chief Judge Hornak vacated the Stay Order and lifted the stay placed in this matter (the "Lift Order"). *See* Exhibit B.

4. Pursuant to the Lift Order, counsel for the United States is directed file an amended scheduling order to adjust case-related dates by either the "35-day duration of the lapse in appropriation, or as are otherwise necessary or appropriate." (*Id.*)

5. Accordingly, the United States respectfully requests that this Court enter an order resetting the deadline by which the United States must file and serve its complaint in intervention on defendants by thirty-five days, until and including March 25, 2019.

6. A Proposed Order consistent with the relief sought in this motion is attached.

Dated:  February 6, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

SCOTT W. BRADY
United States Attorney

/s/ Rohith V. Srinivas
MICHAEL D. GRANSTON
TRACY L. HILMER
ROHITH V. SRINIVAS
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, D.C. 20002
(202) 307-6604
Rohith.V.Srinivas@usdoj.gov

/s/ Colin J. Callahan
COLIN J. CALLAHAN
Assistant United States Attorney
Joseph F. Weis Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7426
Colin.Callahan@usdoj.gov

*Attorneys for the United States*