IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, | ) ) ) | CIVIL ACTION NO. 17-1654 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGE MARILYN J. HORAN** |
| WHEELING HOSPITAL INC., R&V ASSOCIATES, LTD., and RONALD L. VIOLI, | ) ) ) ) ) | Electronic Filing |
| Defendants. | ) | |

**[PROPOSED] ORDER RESETTING DEADLINE**

Upon consideration of the United States' Motion to Reset Deadline, it is hereby **ORDERED** that the motion is **GRANTED**, and the United States shall have until and including March 25, 2019, to file and serve its complaint in intervention on defendants.

Dated: _____                    _____
                                             UNITED STATES DISTRICT JUDGE