# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, | CIVIL ACTION NO. 17-1654 |
| Plaintiff, | |
| v. | **JUDGE MARILYN J. HORAN** |
| WHEELING HOSPITAL INC., R&V ASSOCIATES, LTD., and RONALD L. VIOLI, | |
| Defendants. | |

## NOTICE OF ENTRY OF APPEARANCE

TO: Clerk of Court
United States District Court
Western District of Pennsylvania

Pursuant to 28 U.S.C. § 517, Rohith V. Srinivas, attorney for the U.S Department of Justice's Civil Division, respectfully enters his appearance to be noticed for the United States in the above-captioned case, including to ensure that he receives electronic notice of all documents filed in this proceeding.

February 7, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

/s/ Rohith V. Srinivas
MICHAEL D. GRANSTON
TRACY L. HILMER
ROHITH V. SRINIVAS
Attorneys, Civil Division
U.S. Department of Justice
175 N Street, N.E.
Washington, D.C. 20002
(202) 307-6604
Rohith.V.Srinivas@usdoj.gov