# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS LONGO, ) ) ) ) | CIVIL ACTION NO. 17-1654 |
| Plaintiff, ) ) | |
| v. ) ) | |
| WHEELING HOSPITAL INC., R&V ASSOCIATES, LTD., and RONALD L. VIOLI, ) ) ) ) | |
| Defendants. ) | |

## DECLARATION OF RELATOR LOUIS LONGO

I, Louis Longo, hereby declare as follows:

1. I am an adult over the age of eighteen (18) and a resident of the State of Pennsylvania.

2. The information contained in this Declaration is based on my personal knowledge. If called to testify, I would state as follows:

3. I have lived in Pittsburgh for nearly sixty (60) years and permanently reside there. I was a resident of Pittsburgh at all times relevant to the issues in my original Complaint and the Government's Complaint in Intervention.

4. I was employed as an Executive Vice President at Wheeling Hospital from November 2011 through August 2015.

5. I was offered this Executive position by Defendant Ronald Violi ("Mr. Violi")—Wheeling Hospital's CEO—during a meeting at Defendant R&V Associates Ltd.'s ("R&V") Pittsburgh office.

6. During the time relevant to the issues in my original Complaint and the Government's Complaint in Intervention, Mr. Violi regularly worked from the R&V Pittsburgh office one day a week—on Fridays.

7. While at the R&V Pittsburgh office, Mr. Violi engaged in work on behalf of Wheeling Hospital.

8. I personally met with Mr. Violi at the R&V Pittsburgh office to discuss Wheeling Hospital-related business on at least two occasions.

9. I made phone calls, or participated in phone calls that were made to Mr. Violi at R&V's Pittsburgh office.

10. I witnessed staff at Wheeling Hospital contact Mr. Violi when at the R&V Pittsburgh office.

11. I am aware that Wheeling Hospital staff often faxed documents to R&V's Pittsburgh office for Mr. Violi's review.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 16, 2019

Louis Longo, Relator